

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00754-CV

**VERDE ENERGY SOLUTIONS, LLC** and Robert Thomae,
Appellants

v.

**SGET DUVAL OIL I, LLC,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-230
Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the appellants' motion to dismiss is GRANTED, and this appeal is DISMISSED.

We order that appellee SGET Duval Oil I, LLC recover its costs of this appeal, if any, from appellants Verde Energy Solutions LLC and Robert Thomae.

SIGNED February 12, 2020.

_____
Beth Watkins, Justice